IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH E. NORRIS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV59 |
| | ) | |
| V. | ) | |
| | ) | |
| THE NEBRASKA SUPREME COURT, and NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES' DIRECTOR SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondents. | ) | |

IT IS ORDERED that the Nebraska Attorney General's motion for enlargement of time (filing no. 9) is granted. On behalf of Respondents, the Nebraska Attorney General shall answer or otherwise plead and submit a brief relating to such answer or other pleading on or before the close of business on Monday, April 25, 2016. The Clerk of Court shall reset the following pro se case management deadline: "Check status April 25, 2016."

DATED this 18th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge