# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| HEATH E. NORRIS, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | 8:16CV59 |
| | ) | |
| V. | ) | |
| | ) | |
| THE NEBRASKA SUPREME COURT, and NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES' DIRECTOR SCOTT R. FRAKES, | ) | ORDER |
| | ) | |
| Respondents. | ) | |

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, I directed the Respondents to answer *or otherwise plead* to the overly long and terribly confusing petition. Respondent have filed a helpful and persuasive brief and state court records (filing no. 11; filing no. 12) that, taken together, are properly construed as a motion to dismiss for failure to state a federal claim upon which relief can be granted. Therefore,

IT IS ORDERED that Petitioner is given leave to file a reply together with Petitioner's responsive brief no later than June 14, 2016. The Clerk shall set a case management deadline of June 15, 2016 for Judge Kopf to review the file.

DATED this 13th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge