IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEATH E. NORRIS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV59 |
| | ) | |
| v. | ) | |
| | ) | |
| THE NEBRASKA SUPREME | ) | ORDER |
| COURT, and NEBRASKA | ) | |
| DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES' | ) | |
| DIRECTOR SCOTT R. FRAKES, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

IT IS ORDERED that Kevin J. Bates' motions (1) to either join action or intervene thereon with/as party plaintiffs (filing no. 18), (2) for class action certification and appointment of class counsel (filing no. 19), and (3) to proceed in District Court without prepaying fees or costs (filing no. 20) are denied.

DATED this 12th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge